FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 0 2020

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICIA CHRISTEN                                                           PLAINTIFF

vs.                                Case No. *4:20CV1258-KGB*

MAPCO EXPRESS, INC.                                                      DEFENDANT

This case assigned to District Judge *Baker*
NOTICE OF REMOVAL  and to Magistrate Judge *Kearney*

COMES Defendant, MAPCO Express, Inc., pursuant to 28 U.S.C. §§ 1441 and 1446, and

for its Notice of Removal of this action from the Circuit Court of Pulaski County, Arkansas, to

United States District Court for the Eastern District of Arkansas, Central Division, based on

diversity of citizenship, 28 U.S.C. § 1332, states:

1.       This action was commenced on September 17, 2020, when Plaintiff filed her

Complaint in the Circuit Court of Pulaski County, Arkansas.

2.       This action is pending in Pulaski County Circuit Court Case No. 60CV-20-5205

captioned *Patricia Christen v. MAPCO Express, Inc.*

3.       Plaintiff purportedly served Defendant with a Summons and Complaint on or

about September 24, 2020.

4.       Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant files this Notice of

Removal of the state court civil action that is described below, based on diversity of citizenship.

28 U.S.C. § 1332.

5.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) having been filed within thirty (30) days of Defendant's receipt of Summons and Complaint.

6.      A copy of the Notice of Removal is being filed with the Circuit Court of Pulaski County in the underlying matter and a copy of the Notice of Removal is attached hereto as Exhibit A.

7.      Copies of all pleadings and process filed in this action with the Pulaski County Circuit Court are attached hereto as Exhibit B.

8.      Plaintiff is a resident of Coweta County, Georgia.

9.      Defendant MAPCO Express, Inc., is incorporated in Delaware and has a principal place of business in Franklin, Williamson County, Tennessee.  Therefore, for diversity purposes, it is a citizen of states other than Arkansas.

10.     The amount in controversy exceeds $75,000 exclusive of interest and costs.

11.     There is complete diversity of citizenship between Plaintiff and MAPCO Express, Inc., the only Defendant that is joined and served.  This Court has jurisdiction over this civil action under 28 U.S.C. § 1332.

12.     This Court is the appropriate Court for removal of this action under 28 U.S.C. § 1446(a).

13.     The United Stated District Court for the Eastern District of Arkansas, Central Division, embraces Pulaski County Circuit Court, the county in which the state court action is now pending.  Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

14.     Defendant consents to this removal, and the undersigned counsel represents Defendant in this matter.

15.     Undersigned counsel states this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

Therefore, Defendant, MAPCO Express, Inc., gives notice of removal of this action to this Court and respectfully requests that this Court grant Defendant all just and proper relief.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
888-412-3288 = fax

By: _____
     J. Carter Fairley #99068
     ATTORNEY FOR DEFENDANT
     cfairley@barberlawfirm.com

# EXHIBIT A

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

PATRICIA CHRISTEN                                                    PLAINTIFF

vs.                          Case No. 60CV-20-5205

MAPCO EXPRESS, INC.                                                 DEFENDANT

## NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), Defendant hereby notifies the Plaintiff and this Court

that this action has been removed to the United States District Court for the Eastern District of

Arkansas, Central Division.  A copy of the Notice of Removal filed with that Court is attached as

Exhibit "1."

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
888-412-3288 = fax


By:   /s/ J. Carter Fairley
        J. Carter Fairley #99068
        ATTORNEY FOR DEFENDANT
        cfairley@barberlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

I, J. Carter Fairley, hereby state that on this 20th day of October, 2020, I have electronically filed the foregoing with the Clerk of the Court using the E-Filing system, which shall send notification of such filing to the following or otherwise be forwarded via U.S. Mail to all counsel of record herein.

Christopher R. Heil, Esq.
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock, AR 72227
**Attorney for Plaintiff**

*/s/ J. Carter Fairley*
J. Carter Fairley

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICIA CHRISTEN                                                    PLAINTIFF

vs.                              Case No.

MAPCO EXPRESS, INC.                                                 DEFENDANT

### NOTICE OF REMOVAL

COMES Defendant, MAPCO Express, Inc., pursuant to 28 U.S.C. §§ 1441 and 1446, and

for its Notice of Removal of this action from the Circuit Court of Pulaski County, Arkansas, to

United States District Court for the Eastern District of Arkansas, Central Division, based on

diversity of citizenship, 28 U.S.C. § 1332, states:

1.      This action was commenced on September 17, 2020, when Plaintiff filed her

Complaint in the Circuit Court of Pulaski County, Arkansas.

2.      This action is pending in Pulaski County Circuit Court Case No. 60CV-20-5205

captioned *Patricia Christen v. MAPCO Express, Inc.*

3.      Plaintiff purportedly served Defendant with a Summons and Complaint on or

about September 24, 2020.

4.      Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant files this Notice of

Removal of the state court civil action that is described below, based on diversity of citizenship.

28 U.S.C. § 1332.

5.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) having been filed within thirty (30) days of Defendant's receipt of Summons and Complaint.

6.      A copy of the Notice of Removal is being filed with the Circuit Court of Pulaski County in the underlying matter and a copy of the Notice of Removal is attached hereto as Exhibit A.

7.      Copies of all pleadings and process filed in this action with the Pulaski County Circuit Court are attached hereto as Exhibit B.

8.      Plaintiff is a resident of Coweta County, Georgia.

9.      Defendant MAPCO Express, Inc., is incorporated in Delaware and has a principal place of business in Franklin, Williamson County, Tennessee. Therefore, for diversity purposes, it is a citizen of states other than Arkansas.

10.     The amount in controversy exceeds $75,000 exclusive of interest and costs.

11.     There is complete diversity of citizenship between Plaintiff and MAPCO Express, Inc., the only Defendant that is joined and served. This Court has jurisdiction over this civil action under 28 U.S.C. § 1332.

12.     This Court is the appropriate Court for removal of this action under 28 U.S.C. § 1446(a).

13.     The United Stated District Court for the Eastern District of Arkansas, Central Division, embraces Pulaski County Circuit Court, the county in which the state court action is now pending. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

14.     Defendant consents to this removal, and the undersigned counsel represents Defendant in this matter.

15.     Undersigned counsel states this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

Therefore, Defendant, MAPCO Express, Inc., gives notice of removal of this action to this Court and respectfully requests that this Court grant Defendant all just and proper relief.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
888-412-3288 = fax

By: _____
J. Carter Fairley #99068
ATTORNEY FOR DEFENDANT
cfairley@barberlawfirm.com

3

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Sep-17  13:59:34
60CV-20-5205
C06D04 : 3 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

**PATRICIA CHRISTEN**

**PLAINTIFF**

**VS.**              **CASE NO.**_____

**MAPCO EXPRESS, INC.**
                                        **DEFENDANT**

### COMPLAINT

COMES the Plaintiff, Patricia Christen, by and through her attorneys The Brad Hendricks Law Firm, and for her cause of action states:

1.      Plaintiff is a resident of Senoia, Georgia.   Her cause of action concerns tortuous injury occurring in Pulaski County, Arkansas.

2.      Defendant, Mapco Express, Inc., herein after referred to as "Mapco", is a foreign corporation, incorporated and having its principal place of business in a State other than Arkansas. Defendant, owns and operates a Mapco convenience store (#7519) located at 3300 Springhill Drive in North Little Rock, Pulaski County, Arkansas. Defendant's agent for service according to the Arkansas Secretary of State is UCS of Arkansas, Inc., 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR 72201.

3.      This Court has jurisdiction over this matter and venue is proper herein.

4.      On June 7, 2018,  Plaintiff was a business invitee at the Mapco store in located in North Little Rock, Arkansas as referenced herein.   While  Plaintiff was in the story she tripped over a piece of a rug that was sticking up and not down on the floor. The Plaintiff was not  aware that the



of this condition, making the area unreasonably dangerous. The incident was recorded on the store's video system and witnessed by an EMT who rendered assistance to the Plaintiff.

5. That as a result of the negligence of Mapco, Plaintiff suffered permanent personal injuries.

6. That the injuries suffered by the Plaintiff resulted from negligence on the part of Mapco and its agents and employees. Defendant is vicariously liable for any acts of negligence on the part of its employees. The negligent acts include, but are not limited to:

    a. failing to warn the Plaintiff that the rug in question was not flat to the floor causing the area to become unreasonably dangerous;

    b. failing to protect the Plaintiff and other customers of the unreasonably dangerous condition;

    c. failing to maintain the premises safe from unreasonable risk of harm;

7. That as a proximate result of the negligence of the Wal-Mart and its employees, Plaintiff claims the following damages:

    a. permanent physical injuries,

    b. medical expenses, past and future; and

    c. pain, suffering and mental anguish, past and future.

8. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays that upon trial of this matter she be awarded damages in an amount sufficient to compensate her for the damages she has sustained, with said amount being in excess of that required for federal court jurisdiction in diversity of citizenship cases ($75,000), together with all other relief to which she may be entitled.

JURY TRIAL DEMANDED

Respectfully Submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR  72227
(501) 221-0444
(501) 661-0196 (fax)

BY: _____
Christopher R. Heil, ABN 92128

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

Patricia Christen
**Plaintiff(s)**

vs.                                                          No. _____

Mapco Express, Inc.
**Defendant(s)**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**
Mapco Express, Inc.
c/o UCS of Arkansas, Inc. - Registered Agent
300 S. Spring Street, Suite 900
Little Rock, AR 72201

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:
Christopher R. Heil
The Brad Hendricks Law Firm, P.A.
500C Pleasant Valley Drive
Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

Address of Clerk's Office                        CLERK OF COURT

Civil Division
401 West Markham Street                          _____
Suite 120                                        [Signature of Clerk or Deputy Clerk]
Little Rock, AR  72201

                                                 Date:_____

[SEAL]

**No.** _____ **This summons is for** _____ (*name of Defendant).*

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On_____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

      SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
     [signature of server]


_____
     [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
     [signature of server]


_____
     [printed name]

Address: _____

Phone: _____

Subscribed and sworn to before me this date: _____

      Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**        PATRICIA CHRISTEN V MAPCO EXPRESS INC

**Case Number:**    60CV-20-5205

**Type:**              SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Crystal Hill

Electronically signed by CSHILL on 2020-09-17 14:53:47    page 4 of 4

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Sep-25  14:14:21
60CV-20-5205
C06D04 : 7 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

Patricia Christen                                               PLAINTIFF

vs.                                  NO. 60CV-20-5205

Mapco Express, Inc.                                           DEFENDANT

### AFFIDAVIT OF SERVICE

I, Christopher R. Heil, attorney for Plaintiff state under oath that on September 24, 2020,

Defendant, Mapco Express, Inc., was served with the Summons attaching the Complaint,  via

Process Server.  A copy of the Summons is attached hereto as Exhibit "A".  Also, attached as

Exhibit "B" is the executed receipt reflecting the date Defendant was served.

Further affiant sayeth not.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Drive
Little Rock, AR  72227
(501) 221-0444 phone
(501) 661-0196 facsimile

BY:_____
        CHRISTOPHER R. HEIL, ABN 92128

STATE OF ARKANSAS        )
                                                      )§§
COUNTY OF Pulaski        )

APPEARED before me, a notary, today September 25, 2020, Christopher R. Heil,
attorney for the Plaintiff and executed the attached Affidavit of Service.

_____
NOTARY PUBLIC

My Commission Expires:

May 6, 2023

BRANDYE PIERCE
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires May 06, 2023
Commission No. 12393701

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

Patricia Christen
**Plaintiff(s)**

vs.                                                       No. _____

Mapco Express, Inc.
**Defendant(s)**

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**
> Mapco Express, Inc.
> c/o UCS of Arkansas, Inc. - Registered Agent
> 300 S. Spring Street, Suite 900
> Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher R. Heil
> The Brad Hendricks Law Firm, P.A.
> 500C Pleasant Valley Drive
> Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Address of Clerk's Office                    CLERK OF COURT

Civil Division
401 West Markham Street                    _____
Suite 120                                  [Signature of Clerk or Deputy Clerk]
Little Rock, AR 72201

                                           Date:_____

[SEAL]



No. _____ **This summons is for** _____ *(name of Defendant).*

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On_____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

       SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
       [signature of server]

_____
       [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
       [signature of server]

_____
       [printed name]

Address: _____

Phone: _____

Subscribed and sworn to before me this date: _____

       Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**     PATRICIA CHRISTEN V MAPCO EXPRESS INC

**Case Number:**   60CV-20-5205

**Type:**           SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Crystal Hill

Electronically signed by CSHILL on 2020-09-17 14:53:47     page 4 of 4

No. _____ This summons is for _____ (*name of Defendant*).

## PROOF OF SERVICE

☐    On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐    After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐    On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☒    On 9 24 2020 [date] I delivered the summons and complaint to *LEE Johnson* [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of *MAPCO EXPRESS* [name of defendant]; or

☐    On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐    I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐    I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐    Other [specify]:

☐    I was unable to execute service because:

My fee is $ __65__.

EXHIBIT
B

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

      SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
      [signature of server]


_____
      [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 9/24/2020

By: _____
      [signature of server]

    ROBIN SLATE
      [printed name]

Address: P.O. BOX 34 BIGELOW AR

Phone: (479) 763-5450

Subscribed and sworn to before me this date: September 24, 2020

    Notary Public Samantha K Hester

My Commission Expires: 02.12.2028

Additional information regarding service or attempted service:

_____

_____

# EXHIBIT B

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Sep-17  13:59:34
60CV-20-5205
C06D04 : 3 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

**PATRICIA CHRISTEN**

**PLAINTIFF**

VS.                               CASE NO._____

**MAPCO EXPRESS, INC.**

**DEFENDANT**

### COMPLAINT

COMES the Plaintiff, Patricia Christen, by and through her attorneys The Brad Hendricks Law Firm, and for her cause of action states:

1.     Plaintiff is a resident of Senoia, Georgia.   Her cause of action concerns tortuous injury occurring in Pulaski County, Arkansas.

2.     Defendant, Mapco Express, Inc., herein after referred to as "Mapco", is a foreign corporation, incorporated and having its principal place of business in a State other than Arkansas. Defendant, owns and operates a Mapco convenience store (#7519) located at 3300 Springhill Drive in North Little Rock, Pulaski County, Arkansas. Defendant's agent for service according to the Arkansas Secretary of State is UCS of Arkansas, Inc., 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR 72201.

3.     This Court has jurisdiction over this matter and venue is proper herein.

4.     On June 7, 2018,  Plaintiff was a business invitee at the Mapco store in located in North Little Rock, Arkansas as referenced herein.  While Plaintiff was in the story she tripped over a piece of a rug that was sticking up and not down on the floor. The Plaintiff was not  aware that the

of this condition, making the area unreasonably dangerous. The incident was recorded on the store's video system and witnessed by an EMT who rendered assistance to the Plaintiff.

5.      That as a result of the negligence of Mapco,  Plaintiff suffered permanent personal injuries.

6.      That the injuries suffered by the Plaintiff resulted from negligence on the part of Mapco and its agents and employees.  Defendant is vicariously liable for any acts of negligence on the part of its employees.    The negligent acts include, but are not limited to:

a.      failing to warn the Plaintiff that the rug in question was not flat to the floor causing the area to become unreasonably dangerous;

b.      failing to protect the Plaintiff and other customers of the unreasonably dangerous condition;

c.      failing to maintain the premises safe from unreasonable risk of harm;

7.      That as a proximate result of the negligence of the Wal-Mart and its employees, Plaintiff claims the following damages:

a.      permanent physical injuries,

b.      medical expenses, past and future; and

c.      pain, suffering and mental anguish, past and future.

8.      Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays that upon trial of this matter she be awarded damages in an amount sufficient to compensate her for the damages she has sustained, with said amount being in excess of that required for federal court jurisdiction in diversity of citizenship cases ($75,000), together with all other relief to which she may be entitled.

JURY TRIAL DEMANDED

Respectfully Submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR  72227
(501) 221-0444
(501) 661-0196 (fax)

BY: _____
Christopher R. Heil, ABN 92128

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

Patricia Christen
**Plaintiff(s)**

vs.                                                                    No. _____

Mapco Express, Inc.
**Defendant(s)**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**
      Mapco Express, Inc.
      c/o UCS of Arkansas, Inc. - Registered Agent
      300 S. Spring Street, Suite 900
      Little Rock, AR 72201

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:
      Christopher R. Heil
      The Brad Hendricks Law Firm, P.A.
      500C Pleasant Valley Drive
      Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

Address of Clerk's Office                                  CLERK OF COURT

Civil Division
401 West Markham Street
Suite 120                                                  _____
Little Rock, AR  72201                                     [Signature of Clerk or Deputy Clerk]

                                            Date:_____

[SEAL]

No. _____ This summons is for _____ (*name of Defendant*).

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or


☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or


☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or


☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or


☐ On_____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or


☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.


☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.


☐ Other [specify]:

☐ I was unable to execute service because:


My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
     [signature of server]

_____
     [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
     [signature of server]

_____
     [printed name]

Address: _____

Phone: _____

Subscribed and sworn to before me this date: _____

        Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**       PATRICIA CHRISTEN V MAPCO EXPRESS INC

**Case Number:**   60CV-20-5205

**Type:**            SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Crystal Hill

Electronically signed by CSHILL on 2020-09-17 14:53:47    page 4 of 4

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Sep-25  14:14:21
60CV-20-5205
C06D04 : 7 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

Patricia Christen                                                           **PLAINTIFF**

vs.                                        NO. 60CV-20-5205

Mapco Express, Inc.                                                **DEFENDANT**

### AFFIDAVIT OF SERVICE

      I, Christopher R. Heil, attorney for Plaintiff state under oath that on September 24, 2020,

Defendant, Mapco Express, Inc., was served with the Summons attaching the Complaint,  via

Process Server. A copy of the Summons is attached hereto as Exhibit "A".  Also, attached as

Exhibit "B" is the executed receipt reflecting the date Defendant was served.

      Further affiant sayeth not.

                    Respectfully submitted,

                    ***THE BRAD HENDRICKS LAW FIRM***
                    500 C Pleasant Valley Drive
                    Little Rock, AR  72227
                    (501) 221-0444 phone
                    (501) 661-0196 facsimile

BY:_____
                    CHRISTOPHER R. HEIL, ABN 92128

STATE OF ARKANSAS   )
                 )§§
COUNTY OF Pulaski )

      APPEARED before me, a notary, today September 25, 2020, Christopher R. Heil,
attorney for the Plaintiff and executed the attached Affidavit of Service.

                           Brandye Pierce
                      NOTARY PUBLIC

My Commission Expires:

May 6, 2023

BRANDYE PIERCE
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires May 06, 2023
Commission No. 12393701

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

Patricia Christen
**Plaintiff(s)**

vs.                                                          No. _____

Mapco Express, Inc.
**Defendant(s)**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**
Mapco Express, Inc.
c/o UCS of Arkansas, Inc. - Registered Agent
300 S. Spring Street, Suite 900
Little Rock, AR 72201

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:
Christopher R. Heil
The Brad Hendricks Law Firm, P.A.
500C Pleasant Valley Drive
Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

Address of Clerk's Office                          CLERK OF COURT

Civil Division
401 West Markham Street
Suite 120                                              _____
Little Rock, AR  72201                           [Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]



No. _____ **This summons is for** _____ (*name of Defendant*).

## PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On_____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
     [signature of server]


_____
     [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
     [signature of server]


_____
     [printed name]

Address: _____

Phone: _____

Subscribed and sworn to before me this date: _____

     Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**      PATRICIA CHRISTEN V MAPCO EXPRESS INC

**Case Number:**   60CV-20-5205

**Type:**              SUMMONS - FILER PREPARED

So Ordered

Crystal Hill

Electronically signed by CSHILL on 2020-09-17 14:53:47     page 4 of 4

No. _____ This summons is for _____ (*name of Defendant*).

## PROOF OF SERVICE

☐      On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐      After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐      On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☒      On 9 24 2020 [date] I delivered the summons and complaint to JEFF Johnson [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of MATCO EXPRESS [name of defendant]; or

☐      On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

☐      I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐      I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐      Other [specify]:

☐      I was unable to execute service because:

My fee is $ __65__.

**EXHIBIT**

B

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____

      SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
      [signature of server]

_____
      [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: 9/24/2020

By: _____
      [signature of server]

ROBIN SINES
      [printed name]

Address: P.O. BOX 34 BIGELOW AR

Phone: (479) 763-5450

Subscribed and sworn to before me this date: September 24, 20__

    Notary Public _Samantha K. Hester_

My Commission Expires: 02.12.2028

Additional information regarding service or attempted service:

_____

_____