# EXHIBIT B

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Sep-17 13:59:34
60CV-20-5205
C06D04 : 3 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

**PATRICIA CHRISTEN**

**PLAINTIFF**

VS.   CASE NO._____

**MAPCO EXPRESS, INC.**

**DEFENDANT**

### COMPLAINT

COMES the Plaintiff, Patricia Christen, by and through her attorneys The Brad Hendricks Law Firm, and for her cause of action states:

1. Plaintiff is a resident of Senoia, Georgia. Her cause of action concerns tortuous injury occurring in Pulaski County, Arkansas.

2. Defendant, Mapco Express, Inc., herein after referred to as "Mapco", is a foreign corporation, incorporated and having its principal place of business in a State other than Arkansas. Defendant, owns and operates a Mapco convenience store (#7519) located at 3300 Springhill Drive in North Little Rock, Pulaski County, Arkansas. Defendant's agent for service according to the Arkansas Secretary of State is UCS of Arkansas, Inc., 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR 72201.

3. This Court has jurisdiction over this matter and venue is proper herein.

4. On June 7, 2018, Plaintiff was a business invitee at the Mapco store in located in North Little Rock, Arkansas as referenced herein. While Plaintiff was in the story she tripped over a piece of a rug that was sticking up and not down on the floor. The Plaintiff was not aware that the

Page 1 of 3

of this condition, making the area unreasonably dangerous. The incident was recorded on the store's video system and witnessed by an EMT who rendered assistance to the Plaintiff.

5. That as a result of the negligence of Mapco, Plaintiff suffered permanent personal injuries.

6. That the injuries suffered by the Plaintiff resulted from negligence on the part of Mapco and its agents and employees. Defendant is vicariously liable for any acts of negligence on the part of its employees. The negligent acts include, but are not limited to:

   a. failing to warn the Plaintiff that the rug in question was not flat to the floor causing the area to become unreasonably dangerous;

   b. failing to protect the Plaintiff and other customers of the unreasonably dangerous condition;

   c. failing to maintain the premises safe from unreasonable risk of harm;

7. That as a proximate result of the negligence of the Wal-Mart and its employees, Plaintiff claims the following damages:

   a. permanent physical injuries,

   b. medical expenses, past and future; and

   c. pain, suffering and mental anguish, past and future.

8. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays that upon trial of this matter she be awarded damages in an amount sufficient to compensate her for the damages she has sustained, with said amount being in excess of that required for federal court jurisdiction in diversity of citizenship cases ($75,000), together with all other relief to which she may be entitled.

JURY TRIAL DEMANDED

Respectfully Submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR  72227
(501) 221-0444
(501) 661-0196 (fax)

BY: _____
Christopher R. Heil, ABN 92128