# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PATRICIA CHRISTEN**                                                                                      **PLAINTIFF**

**v.**                               **Case No. 4:20-cv-01258 KGB**

**MAPCO EXPRESS, INC.**                                                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 25).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs and fees. The Court denies defendant Mapco Express Inc.'s motion for summary judgment as moot (Dkt. No. 11).

It is so ordered this 4th day of March 2022.

_____
Kristine G. Baker
United States District Judge